IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

v.                                          Case No. 1:23-cv-47-AW-MAF

**UNIVERSITY OF MIAMI
SCHOOL OF LAW, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 6, 2023 report and recommendation. ECF No. 6. There has been no objection. I agree with the magistrate judge that dismissal is appropriate. I adopt the report and recommendation and incorporate it into this order. Nonetheless, although the magistrate judge is correct about venue, I dismiss solely on the basis set out in Section III.B of the report and recommendation.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for abuse of the judicial process." The clerk will then close the file.

SO ORDERED on April 7, 2023.

                                                           s/ *Allen Winsor*
                                                           United States District Judge